AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAY 18 2026
DANIEL J. McCOY, CLERK
BY: [signature]

United States of America
v.
Ezra James Wadman

Defendant(s)

Case No. 2:26-mj-00130

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 2024 through present in the county of Vernon Parish in the Western District of Louisiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 2252 | Receipt/Distribution of Child Pornography |
| 18 U.S.C. §§ 2252 | Possession of and Access with Intent to View Child Pornography |

This criminal complaint is based on these facts:

See below affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Special Agent Garrett T. Garcia
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 18, 2026

[signature]
*Judge's signature*

City and state: Lake Charles, Louisiana

Honorable Thomas P. LeBlanc
*Printed name and title*